UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| AMERICAN COMMERCIAL BARGE LINE, LLC, ET AL. | * | CIVIL ACTION |
| VERSUS | * | NO. 02-3769 c/w 03-554 |
| M/V LJUBLJANA, IN REM, ET AL. | * | SECTION "L"(2) |

## ORDER AND REASONS

Before the Court is the Motion for Summary Judgment of Defendant Clipper Americas, Inc. ("Clipper Americas"). This motion came on for hearing before the Court on March 15, 2006. For the following reasons, the motion is DENIED as premature, reserving Clipper Americas' right to re-file the motion once discovery is complete.

In its motion, Defendant Clipper Americas asks the Court to find that Clipper Americas has no liability for the accident at issue under any of the factual scenarios posited by the parties. Defendants Ljubljana Shipping Co., Ltd., Splosna Plovba, S & S Stevedoring, Inc., and National Union Fire Insurance Company all oppose Clipper Americas' motion and argue that such motion is premature. The Defendants allege that further discovery may refute or affirm a possible theory of liability of Clipper Americas, i.e., that the company exercised operational control over S & S Stevedoring.

The Court recognizes that the present motion was filed before discovery cutoffs have occurred in this case. While under Rule 56(b) of the Federal Rules of Civil Procedure a defendant's motion for summary judgment may be filed at any time, parties moving for or opposing summary judgment typically need "adequate time for discovery[.]" *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). The four Defendants opposing this motion argue that they

have not had adequate discovery to oppose Clipper Americas' allegations. As such, the present motion is premature under Rule 56(f) of the Federal Rules of Civil Procedure.

Accordingly, IT IS ORDERED that the Motion for Summary Judgment of Defendant Clipper Americas, Inc. is DENIED as premature, reserving Clipper Americas' right to re-file the motion once discovery is complete.

New Orleans, Louisiana, this 10th day of May, 2006.

_____
United States District Judge